Timothy G. Tonkin (#020709)
Steven J. Jones (#031438)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 279-9155
Email: stevenj@phillipslaw.com
Email: minute_entries@phillipslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATT LEVI LAMPKINS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>Tort – Motor Vehicle |

Plaintiff, Matt Levi Lampkins (hereinafter "Plaintiff"), for his Complaint, alleges as follows:

1. Plaintiff is, and was at all times material herein, a resident of the County of Santa Cruz, State of Arizona.

2. At all times material herein, John Charles Troutwing was acting as an employee of the United States Postal Service.

3. The United States Postal Service, a United States Governmental Agency, is a division within Defendant United States of America authorized to do business within the County of Pima, State of Arizona.

5. Defendant United States of America is a sovereign country.

1

6. Pursuant to the Federal Tort Claims Act, the United States of America is vicariously liable to Plaintiff for the damages complained of herein.

7. All acts and events alleged hereafter occurred within the County of Maricopa, State of Arizona.

8. The minimum jurisdictional amount established for filing this action has been satisfied. This Court has jurisdiction and venue is proper.

9. Plaintiffs gave Defendants proper notice in writing within two years as required by the Federal Tort Claims Act more than four months ago.

## COUNT ONE: NEGLIGENCE

10. Plaintiff re-alleges and incorporates paragraphs 1-9 above as if fully set forth herein.

11. On May 4, 2015, Plaintiff Matt Lampkins was operating a motorcycle stopped facing westbound at the intersection of Continental Road and White House Canyon Road in Green Valley, Arizona. Plaintiff proceeded with the right of way. At the same time, Defendant's employee, John Charles Troutwing, while driving a vehicle owned by Defendant United States Postal Service, was traveling southbound. Defendant's employee, John Charles Troutwing, failed to stop his vehicle and collided with the right side Plaintiff's motorcycle.

12. As a result of Defendants' negligence, Plaintiff suffered injuries.

## COUNT TWO: NEGLIGENCE PER SE

13. Plaintiff re-alleges and incorporates paragraphs 1-12 above as if fully set forth herein.

14. A.R.S. § 28-701(A) is a statute enacted for the safety of others on the roadway.

15. Defendant's employee, John Charles Troutwing, drove at a speed too fast for conditions and violated A.R.S. § 28-701 (A), and is negligent per se.

## DAMAGES

2

16. Plaintiff re-alleges and incorporates paragraphs 1-15 above as if fully set forth herein.

17. As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff suffered injuries which caused him pain, suffering, distress, mental and emotional anguish and anxiety, and a general decrease in his quality and enjoyment of life, all in an amount to be proven at trial.

17. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for medical care, and may incur expenses for future medical care, all in an amount to be proven at trial.

18. As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost earnings and/or diminished earning capacity, all in an amount to be proven at trial.

19. As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for driving to doctor appointments, and is entitled to compensation for his mileage driven to doctor appointments, all in an amount to be proven at trial.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each other defendant named herein, jointly and severally, as follows:

(a) For Plaintiff's general and special damages;

(b) For Plaintiff's expenses incurred for past medical care and treatment of Plaintiff's injuries for future medical treatment expenses;

(c) For Plaintiff's past and future lost wages and loss of earning capacity;

(d) For Plaintiff's expenses driving to doctor appointments;

(e) For Plaintiff's costs incurred herein;

(f) For interest at the highest legal rate on all damages and costs from the time incurred on the date of such judgment, whichever is sooner, until paid; and

(g) For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that upon trial of this action, all issues be submitted to and determined by a jury except those issues expressly reserved by law for determination by the Court.

DATED this 31st day of July, 2017.

PHILLIPS LAW GROUP, P.C.

By: _____
Timothy G. Tonkin, Esq.
Steven J. Jones, Esq.
*Attorneys for Plaintiff*