Timothy G. Tonkin (#020709)
Steven J. Jones (#031438)
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 279-9155
Email: stevenj@phillipslaw.com
Email: minute_entries@phillipslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matt Levi Lampkins,<br><br>    Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>    Defendant. | Case No. 4:17cv-00375-BGM<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND CERTIFICATE OF COMPLIANCE WITH A.R.C.P. RULE 5.1**<br><br>(Assigned to the Honorable Bruce G. Macdonald)<br><br>***(Expedited Ruling Requested)*** |

Pursuant to Rule 5.1 of the Arizona Rules of Civil Procedure, Counsel Steven J. Jones, of Phillips Law Group, respectfully requests that he and the firm be permitted to withdraw from representing Plaintiff in this litigation.

Undersigned requests an order permitting withdrawal per E.R. 1.16. Undersigned counsel is prohibited by the ethical rule of confidentiality from elaborating or going into detail with regard to the conflict.

To comply with the requirements of A.R.C.P. Rule 5.1, undersigned counsel sent a letter by certified mail notifying Plaintiff of the status of the case and the court deadlines to her last known address.

Last known address and telephone number for the Plaintiff Matt L. Lampkins is:

1

Mr. Matt L. Lampkins
2101 West Dove Way
Amado, AZ 85645
(440) 754-9511

Counsel further requests that the deadlines in this matter be extended 90 days in order that Plaintiff may find new counsel.

DATED this 24th day of April, 2018.

                                                         **PHILLIPS LAW GROUP, P.C.**

                                                         By_____
                                                             Steven J. Jones, Esq.
                                                             Timothy G. Tonkin, Esq.
                                                             Attorney for Plaintiff

<div style="line-height:1.5">

## CERTIFICATE OF SERVICE

I hereby certify that on this _24th_ day of April, 2018, a copy of the foregoing has been transmitted electronically through the CM-ECF filing system for filing and transmittal to the following parties of record:

Elizabeth A. Strange, Esq.
Katherine V. Foss, Esq.
U.S. Attorney's Office
405 West Congress Street
Suite 4800
Tucson, Arizona 85701-5040
*Attorneys for Defendant*

Mr. Matt L. Lampkins
2101 West Dove Way
Amado, AZ 85645
*Plaintiff*

By: /s/ *Elizabeth Lozano*

</div>